THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS R. RIVERA, Appellant.

Submitted June 27, 2011; decided September 8, 2011

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.